BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant Adams

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4-06-70380 WDB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS APPEARANCE** |
| vs. | Current Date: August 30, 2006 |
| STANLEY ADAMS, | Requested Date: September 14, 2006 |
| Defendant. | |

Stanley Adams is charged in the Western District of Michigan with a violation of 18 U.S.C. § 228(a)(1), a class B misdemeanor, for wilful failure to pay child support. Mr. Adams and the United States Attorneys' Offices in the Western District of Michigan and the Northern District of California have agreed that Mr. Adams will plead guilty in the Northern District of California pursuant to Federal Rule of Criminal Procedure 20. However, the plea agreement has not been finalized. In addition, although Mr. Adams contacted his case manager in Michigan on July 5 about modifying the on-going support order, he has been informed that there will be a delay in his request because Michigan needs to assume jurisdiction from Oregon to modify the order. Finally, Mr. Adams and counsel have contacted the California case manager to explore modification of the arrears, but the California case manager has not yet returned the calls. For

all of these reasons, the parties jointly request that the status appearance be moved to Thursday, September 14 at 10:00 a.m.

     To the extent that Mr. Adams has a right to be charged by Information or Indictment within 20 days under Federal Rule of Criminal Procedure 5.1, Mr. Adams consents to waive that right, and requests that the Court extend the time for him to be charged by Information or Indictment. Such a continuance would be for good cause for the reasons described above. In addition, Mr. Adams and the government stipulate that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), because additional time is needed for effective preparation of counsel, taking into account the exercise of due diligence, due to the delays in communicating with the child support enforcement divisions of Michigan and California and the necessity of preparing a plea agreement acceptable to both districts.

SO STIPULATED.

/S/

Date: August 22, 2006	Rebecca Sullivan Silbert
	Assistant Federal Public Defender

/S/

Date: August 23, 2006	Michelle Morgan-Kelly
	Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

     Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the defendant needs additional time to communicate with the child support divisions in

1  California and Michigan, and because the parties need additional time to draft a plea agreement
2  acceptable to both jurisdictions.
3     Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter
4  is continued to September 14, 2006 at 10:00 a.m., and that time is excluded from August 30,
5  2006 to September 14, 2006 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv). It is further
6  ordered that good cause exists to continue the time for indictment or information.
7     IT IS SO ORDERED.

9  Date:  August 23, 2006

   _____
   Honorable Wayne D. Brazil
13 Magistrate Judge, United States District Court
   Northern District of California