~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
SEP 5 - 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: Honorable Wayne D. Brazil
U.S. Magistrate Judge

RE: Adams, Stanley Lever

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: 4-06-70380-WDB

DATE: September 1, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Brad T. Wilson
U.S. Pretrial Officer Assistant

510-637-3753
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant shall participate in drug/alcohol or mental health counseling and submit to drug/alcohol testing as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____

/s/ Wayne D. Brazil
JUDICIAL OFFICER

9-5-06
DATE

cc: WDB's Stats, Copy to parties via ECF, Pretrial, Financial

| | |
|---|---|
| **To:** | Honorable Wayne D. Brazil |
| | U.S. Magistrate Judge |
| **From:** | Brad T. Wilson |
| | U.S. Pretrial Officer Assistant |
| **Subject:** | Adams, Stanley Lever |
| | 04-06-70380 |
| **Date:** | September 1, 2006 |



# MEMORANDUM

Your Honor:

On June 19, 2006, Mr. Adams initially appeared before Your Honor, charged in a Criminal Complaint in the Western District of Michigan with a violation of Title 18, United States Code, Section 228(a)(1)- Failure To Pay Child Support. At that time, the defendant was released on a $50,000 unsecured bond with the following special conditions of release:

1. The defendant shall report to Pretrial Services in Oakland, California, as directed;
2. The defendant shall maintain current employment or if unemployed shall seek and maintain verifiable employment;
3. The defendant shall surrender his passport and not apply for any new passports or travel documents;
4. The defendant's travel is restricted to the Northern District of California;
5. The defendant shall not possess any firearms, destructive devices, or other dangerous weapons; and
6. The defendant shall refrain from any use of alcohol and any use or unlawful possession of a narcotic drug and other controlled substances without a legal prescription.

On June 19, 2006, the defendant reported to the Pretrial Services office and a post-bail interview was conducted, with his attorney present. During the interview, Mr. Adams stated that he does not use drugs. However, according to the criminal history inquiry on January 3, 2006, the defendant was convicted of misdemeanor Possession of Controlled Substance. Additionally, Mr. Adams was previously arrested on two separate occasions for Possession of Controlled Substance and Possession of Controlled Substance Paraphernalia.

Furthermore, Pretrial Services is concerned that the defendant was unable to provide a source of verification for the post bail report, therefore, most of the information in the report remains unverified.

In light of this information, Pretrial Services respectfully recommends that the Court consider whether the defendant's bond should be amended to include the following condition of release.

1. The defendant shall participate in drug/alcohol or mental health counseling and submit to drug/alcohol testing as directed by Pretrial Services.

PAGE TWO
MEMORANDUM FOR THE HONORABLE WAYNE D. BRAZIL
RE: Adams, Stanley Lever

On August 24, 2006, Pretrial Services left a voice mail message with Rebecca Silbert regarding the proposed modification of conditions to include drug testing and counseling. Pretrial Services received a return message from Ms. Silbert advising the she was agreeable to the proposed modification of the defendant's conditions of release as long as the testing does not interfere with the defendant's new employment. Pretrial Services left a return voice mail message advising Ms. Silbert that the testing facility is flexible to accommodate working clients. We also indicated that the defendant's new employment and the drug testing facility are both located in Oakland, California.

On August 24, 2006, Pretrial Services left a voice mail message for Assistant U.S. Attorney Michelle Morgan-Kelly regarding the proposed order to modify the defendant's conditions of release. Pretrial Services received a return phone call from Ms. Morgan-Kelly who advised that she was agreeable to the modification of the defendant's release conditions.

This memorandum is submitted for Your Honor's information and direction.

Respectfully submitted,

BRAD T. WILSON
U. S. Pretrial Services Officer Assistant

Reviewed by:

TAIFA M. GASKINS,
Program Development Specialist


cc: AUSA, Michelle Morgan-Kelly
    Defense Attorney, Rebecca Silbert