1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant Adams
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )   No. CR-06-70380 WDB
                                  )
12 |            Plaintiff,        )   **STIPULATION AND ORDER**
                                  )   **CONTINUING DATE FOR CHANGE OF**
13 | vs.                          )   **PLEA**
                                  )
14 | STANLEY ADAMS,               )   Current Date: November 29, 2006
                                  )   Requested Date: December 13, 2006
15 |            Defendant.        )
   |_____)
16

17        Stanley Adams is charged in the Western District of Michigan with a violation of 18

18 U.S.C. § 228(a)(1), a class B misdemeanor, for wilful failure to pay child support.  Mr. Adams

19 and the United States Attorneys' Offices in the Western District of Michigan and the Northern

20 District of California have agreed that Mr. Adams will plead guilty in the Northern District of

21 California pursuant to Federal Rule of Criminal Procedure 20.  A plea agreement has been

22 submitted to this Court, Mr. Adams has signed the Consent to Transfer, and the Western District

23 of Michigan has received all the necessary paperwork.  However, the transfer was delayed

24 because the original file in Michigan had inadvertently remained under seal.  The parties expect

25 that the file will be transferred to the Northern District of California within two weeks.

26 Therefore, the parties jointly request that the next appearance be continued to Wednesday,

Stip. to Continue Plea to 12/13                 1

December 13, 2006 at 10:00 a.m. for change of plea.

To the extent that Mr. Adams has a right to be charged by Information or Indictment within 20 days under Federal Rule of Criminal Procedure 5.1, Mr. Adams consents to waive that right, and requests that the Court extend the time for him to be charged by Information or Indictment. Such a continuance would be for good cause for the reasons described above. In addition, Mr. Adams and the government stipulate that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), because additional time is needed for effective preparation of counsel, taking into account the exercise of due diligence, due to the delays in transfer.

SO STIPULATED.

/S/

Date: 11/27/06                                    Rebecca Sullivan Silbert
                                                  Assistant Federal Public Defender

/S/

Date: 11/28/06                                    Michelle Morgan-Kelly
                                                  Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the file has not yet been transferred to the Northern District of California from

1  Michigan.

2      Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter

3  is continued to December 13, 2006 at 10:00 a.m., and that time is excluded from November 29,

4  2006 to December 13, 2006, pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).  It is further

5  ordered that good cause exists to continue the time for indictment or information.

6      IT IS SO ORDERED.

8  Date:  November 28, 2006

11      Honorable Wayne D. Brazil
    Magistrate Judge, United States District Court
12      Northern District of California