1   BARRY J. PORTMAN
    Federal Public Defender
2   REBECCA SULLIVAN SILBERT
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone:  (510) 637-3500
5
    Counsel for Defendant Adams
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-06-70380 WDB
                                       )
12                  Plaintiff,         )    **AMENDED STIPULATION AND**
                                       )    **ORDER CONTINUING DATE FOR**
13  vs.                                )    **CHANGE OF PLEA**
                                       )
14  STANLEY ADAMS,                     )    Current Date:  November 29, 2006
                                       )    Requested Date: December 20, 2006
15                  Defendant.         )
    _____)
16

17          Stanley Adams is charged in the Western District of Michigan with a violation of 18

18  U.S.C. § 228(a)(1), a class B misdemeanor, for wilful failure to pay child support.  Mr. Adams

19  and the United States Attorneys' Offices in the Western District of Michigan and the Northern

20  District of California have agreed that Mr. Adams will plead guilty in the Northern District of

21  California pursuant to Federal Rule of Criminal Procedure 20.  A plea agreement has been

22  submitted to this Court, Mr. Adams has signed the Consent to Transfer, and the Western District

23  of Michigan has received all the necessary paperwork.  However, the transfer was delayed

24  because the original file in Michigan had inadvertently remained under seal.  The parties expect

25  that the file will be transferred to the Northern District of California within two weeks.  Mr.

26  Adams is in a week-long training program at his job, and his employer has indicated that it

1   cannot reschedule the training.   The training is necessary for Mr. Adams' continued

2   employment. Therefore, the parties jointly request that the next appearance be continued to

3   Wednesday, December 20, 2006 at 10:00 a.m. for change of plea.

4           To the extent that Mr. Adams has a right to be charged by Information or Indictment

5   within 20 days under Federal Rule of Criminal Procedure 5.1, Mr. Adams consents to waive that

6   right, and requests that the Court extend the time for him to be charged by Information or

7   Indictment.  Such a continuance would be for good cause for the reasons described above.  In

8   addition, Mr. Adams and the government stipulate that time should be excluded under the

9   Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), because additional time is needed for

10  effective preparation of counsel, taking into account the exercise of due diligence, due to the

11  delays in transfer and Mr. Adams' unavailability.

12

13  SO STIPULATED.

14                                                      /S/

15                                          _____
16  Date: 11/28/06                          Rebecca Sullivan Silbert
                                            Assistant Federal Public Defender
17                                                      /S/

18                                          _____
19  Date: 11/28/06                          Michelle Morgan-Kelly
                                            Assistant United States Attorney
20

21  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

22  "conformed" signature (/S/) within this e-filed document.

23          Based on the reasons provided in the stipulation of the parties above, the Court hereby

24  FINDS that the ends of justice served by the continuance requested herein outweigh the best

25  interest of the public and the defendant in a speedy trial because the failure to grant the

26  continuance would deny the counsel for the defendant the reasonable time necessary for effective

1   preparation, taking into account the exercise of due diligence.   The Court makes this finding

2   because the file has not yet been transferred to the Northern District of California from Michigan

3   and because of Mr. Adams' unavailability.

4          Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter

5   is continued to December 20, 2006 at 10:00 a.m., and that time is excluded from November 29,

6   2006 to December 20, 2006, pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).  It is further

7   ordered that good cause exists to continue the time for indictment or information.

8          IT IS SO ORDERED.

9

10   Date:   November 29, 2006

11



12

13                                                _____

14                                                Honorable Wayne D. Brazil
                                                 Magistrate Judge, United States District Court
                                                 Northern District of California

15

16

17

18

19

20

21

22

23

24

25

26