KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

MICHELLE MORGAN-KELLY  (DEBN 3651 )
Assistant United States Attorney

   1301 Clay Street, Suite 340 South
   Oakland, California 94612
   Fax: (510) 637-3724
   Email: Michelle.Morgan-Kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00117 CW |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL |
| STANLEY ADAMS, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information.

DATED:    March 6, 2007               Respectfully submitted,

                                             SCOTT N. SCHOOLS
                                             United States Attorney

                                             /s/
                                           MICHELLE MORGAN-KELLY
                                           Assistant United States Attorney

LEAVE GRANTED:

DATED:    3/13/07

                                             CLAUDIA WILKEN
                                           United States District Judge